UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                          Chapter 11

**SEAS STAR FOOD USA, INC.,**                   Case No.:

　　　　　　　　　　　Debtor.
------------------------------------------------------X

## AFFIRMATION PURSUANT TO LOCAL BANKRUPTCY RULE 1007-3

**MERIA METAJ,** affirms the following:

1. I am the President of **SEAS STAR FOOD USA, INC.** (the "Debtor"). I am fully familiar with the facts set forth herein, and am authorized to make this Affirmation on behalf of the Debtor.

2. The Debtor is a wholesale seafood and specialty food distributor operating its business from leased premises located at **156-24 58th Street, Maspeth, New York.** The Debtor also operates an online retailer at http://www.seastarfood.com

3. No pre-petition committee was organized prior to the Order for relief.

4. The Secured Creditors of the Debtor are as follows:

HSBC Bank USA, National Association
One HSBC Center
Buffalo, NY 14203-2842

HSBC Credit Card
P.O. box 37278
Baltimore, MD 21297

GMAC

Hitachi Capital America
21925 Network Place
Chicago, IL 60673

Hitachi Capital Leasing
21925 Network Place
Chicago, IL 60673

Toyota Commercial Finance
Commercial Finance Department 2431
Carol Stream, IL 60132

AgriCredit Acceptance
P.O. Box 14535
Des Moines, IA 50306

De Lage Landen
P.O. Box 41601
Philadelphia, PA 19101

5. The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Schedule "A" to this Affidavit.

6. To the best of my knowledge, the only suits or proceedings pending against the Petitioner are as follows:

HSBC Bank USA National Association v. Seas Star Foods USA, Inc. Nuhu Metaj and Meria Stucke Metaj– Supreme Court of the State of New York, County of Queens, Index No. 6629/10.

DHL Express (USA), Inc v. Seas Star Food USA, Inc., Civil Court of the City of New York, Queens County, Index No. 019532-2010.

7. The Debtor's principal assets are located at 56-24 58th Street, Maspeth, New York.

8. The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and equity holders, and to preserve priorities of creditors.

9. The estimated amount of payroll due to the Debtor's employees, excluding officers, for a period of thirty days following the filing of the petition is $44,000.00.

10. The estimated operating expenses of the Debtor for the next **thirty days** are as set forth on the attached budget:

| **EXPENSES** | **AMOUNT** |
|---|---|
| Freight | $400.00 |
| Packaging | $3,000.00 |
| Import Duties | $1,200.00 |
| Fedex/UPS | $20,000.00 |
| Salaries/payroll | $66,000.00 |
| General Admin | $25,000.00 |
| Telephone | $2,700.00 |
| Warehouse | $2,500.00 |
| Rent | $8,600.00 |
| Automobiles | $7,000.00 |

| Insurance | $5,300.00 |
|---|---|

TOTAL:        $141,700.00

11.  The Debtor's financial difficulties were caused by, amongst other things, the general economic climate, cash flow shortfalls, and the entry of a judgment against the Debtor by HSBC resulting in the restraint of the Debtor's bank accounts.

*MERIA METAJ - PRESIDENT*