B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
# Eastern District of New York

In re  SEAS STAR FOOD USA, INC. ,  Case No. _____

Debtor  Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| IMPORT FOODS OPERATIONS<br>2037 LEMOINE AVENUE<br>FORT LEE, NJ 07024 | | | | $416,853.61 |
| GEBR. KOOY B.V.<br>ENERGIEWEG<br>1271 ED HUIZEN<br>THE NETHERLANDS | | | | $97,028.19 |
| INTERSEA FISHERIES, LTD<br>777 TERRACE AVENUE<br>SUITE 509<br>HASBROUCK HEIGHTS, NJ 07604 | | | | $74,216.25 |
| STARK FISH, INC.<br>29-14 122ND STREET<br>COLLEGE POINT, NY 11354 | | | | $56,363.79 |
| MITCH'S SEAFOOD, INC<br>P.O. BOX 456<br>SPARTA, NJ 07871 | | | | $56,220.94 |

In re **SEAS STAR FOOD USA, INC.**                    , Case No. _____

                                   Debtor                Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| UPS<br>P.O. BOX 7247-0244<br>PHILADELPHIA, PA 19170 | | | | $34,896.95 |
| AMERICAN EXPRESS BUSINESS<br>P.O. BOX 2855<br>NEW YORK, NY 10116 | | | | $30,829.50 |
| NEW ZEALAND SEAFOOD MARKETING<br>4321 BOYLE AVENUE<br>VERNON, CA 90058 | | | | $25,475.16 |
| ATLANTA CORP<br>ATTN: A/R<br>P.O. BOX 823358<br>PHILADELPHIA, PA 19182 | | | | $23,239.84 |
| SUNNY'S SEAFOOD<br>BAY ONE BOSTON FISH PIER<br>BOSTON, MA 02210 | | | | $20,285.45 |
| OCEAN PACIFIC SEAFOOD GROUP<br>22 ASH STREET<br>BROOKLYN, NY 11222 | | | | $17,785.94 |

In re **SEAS STAR FOOD USA, INC.**                , Case No. _____

                    Debtor                      Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| LEWIS MILLS & COMPANY<br>128 MAIN STREET<br>BLOUCESTER, MA 01930 | | | | $15,987.05 |
| RM & SONS<br>P.O. BOX 1247<br>WEST CHESTER, PA 19380 | | | | $13,382.15 |
| OCEAN STATE LOBSTER CO.<br>P.O. BOX 5367<br>WAKEFIELD, RI 02880 | | | | $13,352.50 |
| ARTHUR SCHUMAN, INC.<br>40 NEW DUTCH LANE<br>FAIRFIELD, NJ 07004 | | | | $9,573.64 |
| KENDELL SEAFOOD<br>378 MAIN STREET<br>SUITE 5<br>EAST GREENWICH, RI 02818 | | | | $8,842.68 |
| INDEPENDENT SEAFOODS<br>5300 GEORGIA AVENUE<br>WEST PALM BEACH, FL 33405 | | | | $8,450.98 |

In re **SEAS STAR FOOD USA, INC.** , Case No. _____

Debtor     Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| VALS OCAEN PACIFIC<br>624 WORTHEN STREET<br>BRONX, NY 10474 | | | | $8,121.90 |
| 56-22 58TH STREET CORP, CO. INC<br>56-22 58TH STREEET<br>MASPETH, NY 11378 | | | | $8,000.00 |
| STAPLES<br>DEPT 51 7819704841<br>P.O. BOX 689020<br>DES MOINES, IA | | | | $7,227.38 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, MERIA METAJ, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 7-29-10     Signature: *[signature]*

MERIA METAJ, PRESIDENT
(Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.